**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**JENNIFER DOWNES on behalf**
**of AD and ED,**

        **Plaintiffs,**

        **v.**                          **Case No. 25-C-1986**

**VANESSA AGUDELO,**

        **Defendant.**

---

### ORDER GRANTING MOTION TO REMAND

---

Fidelity Investments Institutional Operations Inc., (Fidelity) removed this case from state court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  The Amended Complaint sought an order from the court directing Fidelity to distribute to Plaintiff, on behalf of her minor children, benefits from the 401K Retirement Plans sponsored by former employers of Plaintiff's ex-husband, Brian Downes, who died on or about March 27, 2025.  The action was properly removable because, on the face of the Complaint, it arose under and was governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 et. seq. which preempts state law and grants the court federal jurisdiction.  Plaintiff later voluntarily dismissed the action against Fidelity and now seeks remand to state court against the sole remaining defendant, Vanessa Agudelo.

The court held a telephone conference concerning the case on April 17, 2026 to address the motion.  Neither Agudelo nor her attorney appeared.  The motion was unopposed and, given the absence of Fidelity, the basis for removal no longer existed.  Counsel for Plaintiff indicated that the remaining defendant did not oppose remand to state court and was not asserting diversity jurisdiction under 28 U.S.C. § 1332.  Accordingly, with the basis of jurisdiction upon which the

case was removed now gone, the court hereby grants the plaintiff's motion to remand the case to the Circuit Court for Waukesha County. The remand is without costs to any party, and the clerk is directed to provide a certified copy of this order to the Clerk of Court for Waukesha County.

SO ORDERED at Green Bay, Wisconsin this 17th day of April, 2026.

William C. Griesbach
United States District Judge

2